IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED IN OPEN COURT

OCT 27 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:10CR409 |
| | ) | |
| JUAN FERNANDO MUNOZ VASQUEZ, | ) | |
| a/k/a Chino | ) | |
| a/k/a Cubano | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 27, 2010, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, Juan Fernando Munoz Vasquez, also known as Chino and Cubano, knowingly transported E.A., who had not attained the age of 18 years, in interstate commerce, with the intent that E.A. engage in prostitution.

(In violation of Title 18, United States Code, Section 2423(a)).

NEIL H. MacBRIDE
United States Attorney

By: _____
Jonathan Fahey
Assistant United States Attorney

_____
Marc J. Birnbaum
Special Assistant United States Attorney